(77 South. 1002)

ANTHONY v. STATE. (2 Div. 163.) (Court of Appeals of Alabama. Feb. 26, 1918.) Appeal from Circuit Court, Greene County; H. B. Foster, Judge. Harwood, McKinley, McQueen & Aldridge, of Eutaw, for appellant. W. L. Martin, Atty. Gen., and P. W. Turner, Asst. Atty. Gen., for the State.

BROWN, J. Appeal abated by death of appellant.

(77 South. 1002)

AVANT et al. v. ADAMS. (5 Div. 233.) (Court of Appeals of Alabama. Jan. 22, 1918.) Appeal from Circuit Court, Elmore County; W. W. Pearson, Judge. Action by S. B. Adams on an attachment bond for wrongful levy of attachment writ against J. G. Avant and T. D. Avant. From judgment for plaintiff, defendants appeal. Reversed and remanded. Frank W. Lull, of Wetumpka, for appellants. J. M. Holley, of Wetumpka, for appellee.

SAMFORD, J. The principles of law involved in this appeal were considered and passed upon in the case of Avant v. Adams, ante, p. 122, 75 South. 714, and on the authority of that case the judgment here is reversed, and the cause is remanded. Reversed and remanded.

(77 South. 1002)

BAADER v. STATE. (6 Div. 250.) (Court of Appeals of Alabama. Jan. 15, 1918.) Appeal from Cullman County Court; R. I. Burke, Judge. Tumlin & Ingram and Emil Ahlrichs, all of Cullman, for appellant. W. L. Martin, Atty. Gen., for the State.

PER CURIAM. Reversed and remanded in accordance with the opinion of the Supreme Court (201 Ala. 76, 77 South. 370). See, also, ante, p. 144, 75 South. 820.

(77 South. 1002)

BATSON et al. v. KELLER. (6 Div. 422.) (Court of Appeals of Alabama. Jan. 22, 1918.) Appeal from Circuit Court, Jefferson County; H. A. Sharpe, Judge. Burgin & Brown, of Birmingham, for appellants; Hugh H. Ellis, of Birmingham, for appellee.

BRICKEN, J. Affirmed for want of assignment of errors.

(77 South. 1002)

BEAMAN v. CITY OF MONTGOMERY. (3 Div. 313.) (Court of Appeals of Alabama. Jan. 15, 1918.) Appeal from Circuit Court, Montgomery County; Leon McCord, Judge. H. B. Fuller, of Montgomery, for appellant. Warren E. Andrews, of Montgomery, for appellee.

SAMFORD, J. Affirmed for want of assignment of error.

(77 South. 1002)

BIGGERS v. JONES. (6 Div. 424.) (Court of Appeals of Alabama. Nov. 29, 1917.) Appeal from Circuit Court, Cullman County; R. C. Brickell, Judge. W. E. James, of Cullman, for appellee.

PER CURIAM. Appeal dismissed for want of prosecution.

(77 South. 1002)

CARBON HILL TRADING CO. v. METHVIN. (6 Div. 337.) (Court of Appeals of Alabama. Dec. 18, 1917.) Appeal from Circuit Court, Walker County; J. J. Curtis, Judge. Finch & Pennington, of Jasper, for appellee.

PER CURIAM. Affirmed on certificate.

(77 South. 1002)

CARTER v. STATE. (6 Div. 360.) (Court of Appeals of Alabama. Dec. 18, 1917.) Appeal from Circuit Court, Tuscaloosa County; H. B. Foster, Judge. W. L. Martin, Atty. Gen., for the State.

PER CURIAM. Appeal dismissed.

(77 South. 1002)

CHAIRSELL v. SPENCER. (6 Div. 359.) (Court of Appeals of Alabama. Nov. 27, 1917.) Appeal from Circuit Court, Jefferson County; John C. Pugh, Judge. Wm. M. Spencer, Jr., of Birmingham, for appellee.

PER CURIAM. Appeal dismissed.

(77 South. 1002)

CHILDS v. STATE. (4 Div. 580.) (Court of Appeals of Alabama. Feb. 5, 1918.) Appeal from Circuit Court, Pike County; A. B. Foster, Judge. F. Loyd Tate, Atty. Gen., for the State.

BROWN, P. J. Appeal dismissed on motion of Attorney General.

(77 South. 1002)

CLECKLER v. ADAMS. (5 Div. 274.) (Court of Appeals of Alabama. Nov. 20, 1917.) Appeal from Circuit Court, Chilton County; Gaston Gunter, Judge. Middleton & Reynolds, of Clanton, for appellant. Thomas A. Curry, of Clanton, for appellee.

PER CURIAM. Appeal dismissed.

(77 South. 1002)

COFIELD v. STATE. (7 Div. 510.) (Court of Appeals of Alabama. Jan. 22, 1918.) Appeal from Circuit Court, Randolph County; S. L. Brewer, Judge. F. Loyd Tate, Atty. Gen., for the State.

SAMFORD, J. Appeal dismissed on motion of Attorney General.

(77 South. 1002)

COX v. HOLCOMB. (6 Div. 405.) (Court of Appeals of Alabama. Nov. 29, 1917.) Appeal from Circuit Court, Marion County; C. P. Almon, Judge.

PER CURIAM. Appeal dismissed for want of prosecution.

(77 South. 1002)

DAVENPORT v. STATE. (6 Div. 402.) (Court of Appeals of Alabama. Dec. 18, 1917.) Appeal from Circuit Court, Jefferson County; Wm. E. Fort, Judge. W. L. Martin, Atty. Gen., for the State.

PER CURIAM. Appeal dismissed.

(77 South. 1003)

DAWSON v. STATE. (6 Div. 393.) (Court of Appeals of Alabama. Dec. 18, 1917.) Appeal from Circuit Court, Jefferson County; Romaine Boyd, Judge. W. L. Martin, Atty. Gen., for the State.

PER CURIAM. Appeal dismissed.

(77 South. 1003)

DOZIER v. STATE. (1 Div. 277.) (Court of Appeals of Alabama. Nov. 15, 1917.) Appeal from Circuit Court, Mobile County; N. R. Leigh, Judge. William L. Martin, Atty. Gen., for the State.

PER CURIAM. Appeal dismissed.

(77 South. 1003)

DU BOSE v. STATE. (5 Div. 253.) (Court of Appeals of Alabama. Nov. 27, 1917.) Appeal from Circuit Court, Chilton County; Gaston Gunter, Judge. W. L. Martin, Atty. Gen., for the State.

PER CURIAM. Appeal dismissed.

(77 South. 1003)

EMPIRE FUEL & IRON CO. v. WARD. (6 Div. 414.) (Court of Appeals of Alabama. Nov. 29, 1917.) Appeal from Circuit Court, Jefferson County; John C. Pugh, Judge. Henry J. Martin, of Birmingham, for appellee.

PER CURIAM. Appeal dismissed for want of prosecution.